**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | **CRIMINAL NO. C-08-436 (2)** |
| **Ana L. Rojas-Dominguez** | § | |

## ORDER FOR MANUEL B. ROJAS TO SHOW CAUSE WHY FINE SHOULD NOT BE PAID FROM BOND DEPOSIT

Manuel B. Rojas is listed as the owner of the $5,000.00 cash deposit used to secure the appearance bond for defendant Ana L. Rojas-Dominguez (D.E. 31). Ordinarily, Mr. Rojas would be entitled to the return of the $5,000.00 cash deposit upon the completion of defendant's case[1]; however, at the time of defendant Ana Rojas-Dominguez's sentencing, Ms. Rojas-Dominguez represented that the funds on deposit belonged to her, and she gave consent to have her $2,500 fine satisfied out of the $5,000 deposit. Mr. Manuel Rojas is the defendant's father (D.E. 15 ).

Accordingly, Manuel B. Rojas is ordered to show cause, within 30 days of the date of this order, why $2,500.00 of the bond deposit should not be used to satisfy the outstanding $2,500 fine. Failure to timely respond to this order to show cause will be taken as a representation that Manuel B. Rojas has no objection to application of $2,500.00 of the bond deposit toward the defendant Rojas-Dominguez's fine.

---

[1] *But See* 28 U.S.C. § 2044 (government may move to apply bond deposit toward fine).

The Clerk shall mail a copy of this order to Manuel B. Rojas at the address listed on the bond deposit via prepaid first class mail and also via certified mail, return receipt requested. Responses should be directed to: Deputy Clerk, U.S. District Clerk's Office, 1133 N. Shoreline Blvd, Corpus Christi, TX 78401.

ORDERED this 26th day of February 2009.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE